Brian Lee ROWE, Petitioner–Appellant,

v.

DIRECTOR, DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 01–6559.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Brian Lee Rowe, pro se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Brian Lee Rowe seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Rowe v. Director, Dep't of Corr.*, No. CA–99–457 (E.D.Va. Mar. 17, 2000 & Mar. 8, 2001). We dispense with oral argument because

---

**230**

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Joseph Nazelrod seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Nazelrod v. Hun,* No. CA–99–49–3 (N.D.W.Va. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*